AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lindsay Groves | ) | Case No. 23-MJ-1215-DLC |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 13, 2023 to June 16, 2023__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of children (and attempt) |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:
Please see the Affidavit of Special Agent Rocco Rauseo, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Rocco Rauseo* DLC
*Complainant's signature*

Special Agent Rocco Rauseo, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/22/2023

*Judge's signature*

City and state: Boston, Massachusetts          Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*