IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 23-MJ-1215-DLC |
| | ) | |
| Lindsay Groves, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court.  As grounds for this motion, the government states that the investigation of additional targets is still ongoing and public disclosure of the charging document at this time may jeopardize the investigation.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

*ALLOWED*
*[signature], USMJ*
*6/22/2023*

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Jessica L. Soto
     Jessica L. Soto
     Assistant U.S. Attorney

Date:  June 22, 2023