IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Lindsay Groves | Criminal No. 23-MJ-1215-DLC |

## GOVERNMENT'S MOTION TO UNSEAL DOCUMENTS RELATED TO THE CRIMINAL COMPLAINT

The United States hereby moves this Court to direct that the unseal the complaint, supporting affidavit, and other paperwork related to this matter, except for Sealed Exhibit A, which consists of a search warrant affidavit that remains under seal. Sealing of the complaint is no longer required because public disclosure of the charging document will no longer pose a threat to the integrity of the investigation. However, Sealed Exhibit A contains additional information, the disclosure of which might jeopardize the investigation. The government therefore requests that Sealed Exhibit A remain sealed at this time.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Anne Paruti*
Anne Paruti
Assistant U.S. Attorney

Date: 06/22/2023