# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: Hillsboro County DOC, 445 Willow St, Manchester, NH 03103

YOU ARE COMMANDED to have the body of **Lindsay Groves, (YOB:1985)** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **23**, on the **7th** floor, Boston, Massachusetts on or before **June 28, 2023**, at **2:15 PM**, ___.M.

for the purpose of **Initial Appearance**

in the case of UNITED STATES OF AMERICA V. **Lindsay Groves**

CR Number **1:23-mj-1215-DLC**

And you are to retain the body of said **Lindsay Groves** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Lindsay Groves** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **23rd** day of **June**, **2023**.

**Donald L. Cabell**
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Noreen A. Russo
Deputy Clerk