## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   Docket No.: 23-MJ-01215-DJC<br>)<br>LINDSAY GROVES  ) | |

### DEFENDANT'S MOTION FOR
### LIMITED ZOOM ACCESS AT DETENTION HEARING

Lindsay Groves, by and through counsel, respectfully requests for this Court to permit limited zoom access so that her parents, who live in New Hampshire, may attend the hearing without driving into Boston. In support of this request, Defense Counsel states that Mr. and Mrs. Groves had communicated concerns about their ability to travel into Boston, their unfamiliarity with the area, and concerns about travel given the shutdown of the Sumner Tunnel.

During the COVI-19 pandemic the Court developed tools, such as zoom, to permit virtual access to hearings. While the provisions of the pandemic are no longer specifically in place, the technology still exists to permit access to hearings without requiring interested parties to travel. In light of the Defendant's proposal that her parents act as third-party custodians, their access to the hearing is even more important as they are more than observers.

We therefore request that they be permitted to attend the hearing virtually. The parties have conferred about this request and the Government has made their own request for a zoom option to this hearing.

Respectfully Submitted
LINDSAY GROVES
By her attorney,

*/s/Jessica P. Thrall*
Jessica P. Thrall, BBO #670412
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
(617) 223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2023.

*/s/Jessica P. Thrall*
Jessica P. Thrall