UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 23-MJ-01215-DJC |
| ) | |
| LINDSAY GROVES ) | |

**DEFENDANT'S MOTION TO SEAL GOVERNMENT DETENTION EXHIBIT 1**

Lindsay Groves, by and through counsel, respectfully requests for this Court to seal Government Detention Exhibit 1.

In support of this request, the Defendant states that this exhibit contains the text message exchange alleged between Ms. Groves and a witness identified as Person 1. The Defendant believes that the public availability of the content of those text messages serves only a prurient interest. The emotional distress to both Ms. Groves, her family, the alleged victims and their families by the content being made public outweighs any public interest in the availability of their content. Some of those messages were read out loud during the public detention hearing and the fact that they are text messages is available to the public, we ask that the messages themselves remain under seal.

The Government objects to this request.

                                                  Respectfully Submitted
LINDSAY GROVES
By her attorney,

*/s/Jessica P. Thrall*
Jessica P. Thrall, BBO #670412
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
(617) 223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2023.

/s/Jessica P. Thrall
Jessica P. Thrall