UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>        v.                                            )<br>  )<br>LINDSAY GROVES,                       )<br>        Defendant.                          ) | Criminal No:  23-MJ-1215-DLC |

## RESPONSE TO DEFENDANT'S MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully clarifies its objection to the defendant's motion to seal Exhibits 1-1 through 1-9. The defendant cited concerns for the victims as a partial basis for her motion. The government has consulted with the victims, who do not wish that the materials submitted in support of the government's motion for detention be sealed. The government maintains its objection to the motion to seal.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Anne Paruti_____
Anne Paruti
Jessica L. Soto
Assistant United States Attorneys

Date: July 14, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
| Dated: July 14, 2023 | /s/ Anne Paruti<br>Assistant United States Attorney |